# CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED
NOV - 8 2021
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

SALEEM D. WILLIAMS # 835744
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

7:21-CV-150

-vs-

"UNITED STATE" OF GEORGIA,
Govener "BRIAN P. KEMP,"
(See Attachment "A")
(Enter above the full name of the defendant(s).)

I. **Previous Lawsuits**

   A. Have you filed other lawsuits in federal court while incarcerated in any institution?

   Yes (✓)    No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s): SALEEM D. WILLIAMS

      Defendant(s): ANNETTIA TOBY, Warden

   2. Court (name the district): MIDDLE DISTRICT OF GEORGIA VALDOSTA DIVISION

   3. Docket Number: 7:21-CV-44-HL-TQL

Rev. 12/5/07

I. **Previous Lawsuits (Cont'd)**

   4. Name of judge to whom case was assigned: s/ THOMAS Q LANGSTAFF

   5. Did the previous case involve the same facts?

      Yes (✓)    No (✓)

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): Still pending

   7. Approximate date of filing lawsuit: APRIL 21, 2021

   8. Approximate date of disposition: N/A

II. **Exhaustion of Administrative Remedies**

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

   A. Place of Present Confinement: Hancock State Prison

   B. Is there a prisoner grievance procedure in this institution?

      Yes (✓)    No ( )

   C. Did you present the facts relating to your complaint under the institution's grievance procedure?

      Yes (✓)    No ( )

   D. If your answer is YES:
      1. What steps did you take and what were the results? First I ask the Prison staff to explain my rights, filed a grievance, wrote the courts, appealed the grievance, wrote the courts, denied on the grievance, and was refused in the Georgia Court!

      2. If your answer is NO, explain why not:

Rev. 12/5/07

III. **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Saleem Diwoo Williams GDC# 835744

Address(es): Hancock State Prison P.O. BOX 339 SPARTA GEORGIA

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): "BRIAN P. KEMP", "TIMOTHY C. WARD", "ANNETTIA TOBY", "OFFICER DIXON"

Employed as "Govener of GEORGIA", "Commissioner of Georgia Department of Correction", "Warden at Hancock State Prison", "Mailroom officer at Hancock State Prison"

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Negligence, discrimination, fraud, deception, breach of contract, denial to courts, by the Defendants in chain conspiracy cause actual injury that violated Mr. Williams constitutional rights, under "Color of LAW". "On the 22nd of March, 2021, Mr. Williams, a Pro se prisoner, received from "Officer Dixon", the mailroom officer at Hancock State Prison, Legal mail, which was dated, the, 15th of March, 2021, Officer Dixon, under authority of Annettia Toby, warden, at the Prison, and by "S.O.P.", logged the Legal Mail

Rev. 12/5/07

IV. Statement of Claim (Cont'd)

inside the Mail log book as being receive from the Court, on the 21st of March, 2021, that day being a Sunday. Mr. Williams responed back to the legal mail on the 24th of March, 2021, using "U.S. Postal Certified Mail", in which Officer dixon claim to have misplaced the receipt. Weeks later this receipt was given back to Mr. Williams, after multiple request for it, "BLANK". The Supreme Court of Georgia, Brian P. Kemp, being the Govener of GEORGIA, on the 19th of April, 2021. Dismissed Mr. Williams' request as "Untimely", and neglected the presumption of mailing from Mr. Williams, a Pro se prisoner. Confused, Mr. Williams, filed a prison grievance pertaining to the facts at issue in which "Warden, Annettia TOBY, denied. He appealed this denial, in which "Georgia Department of Correction, Commissioner, Timothy C. Ward", denied. Still confused, Mr. Williams wrote the Supreme Court again, with reference from their Rules, in which they rejected to change the ruling they gave. Mr. Williams filed another grievance on the interference from counselor "Williams" to show the facts which was denied after appeal.

The State of Georgia, misrepresent the U.S. Constitution, by deception. This deception lead Mr. Williams into the belief that "Equal protection of the law", included "Pro Se" prisoners a-(attachment)

V. Relief

State briefly exactly what you want the Court to do for you! Make no legal arguments. Cite no cases or statutes.

Mr. Williams states, as a result of the Defendants violating his civil rights, Wanton negligence to perform a duty "Under Color of Law". Intentionally disregarding Certified Mail, by interference with business, and the contractual relationship between the Plaintiff and the United States Postal Service. Disregarding the clearly establish Federal mail box rule with deceit, which is the ultimate issue and causation of the actual violation of his Constitutional Rights remaining as a U.S. citizen. Wherefore Plaintiff prays this Court set Judgement against the Defendants as follows: Mr. Williams seeks: A declaration that

Rev. 12/5/07


**V. Relief (Cont'd)**

the acts and omissions described herein violated Plaintiff's rights under the Constitution and Laws of the United States. A preliminary and permanent Injunction ordering the State of Georgia, to remove rule 27. Compensatory damages in the total amount of $2,135,000, which is also total amount in exemplary damages from the Defendants. A Jury trial on all issues triable by Jury. Plaintiff's cost in this suit, and any additional relief this court deem just.

Signed this 27 day of September, 2021.

Saleem Williams
Signature of Plaintiff

STATE OF GEORGIA
COUNTY (CITY) OF SPARTA

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 9-27-21
(Date)

Saleem Williams
Signature of Plaintiff

Rev. 12/5/07