IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **SALEEM D. WILLIAMS,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CASE NO:** |
| v. : | **7:21-cv-150-WLS-TQL** |
| **OFFICER DIXON,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Before the Court is *pro se* Plaintiff's Motion for New Trial; Altering Judgment (Doc. 124) ("Motion") filed November 6, 2024.

On or before **Wednesday, November 27, 2024**, counsel for Defendant Officer Dixon, shall file a response to the Motion. Plaintiff may file a reply thereto no later than seven (7) days after Defendant's response is **filed**.

Except upon the filing of a written motion and entry of an order finding good cause, no further briefs shall be filed with respect to the Motion.

**SO ORDERED**, this 12th day of November 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1