IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SALEEM D. WILLIAMS, : | |
| : | |
| **Plaintiff,** : | |
| v. : | CASE NO: |
| OFFICER DIXON, : | 7:21-cv-150-WLS-ALS |
| : | |
| **Defendant.** : | |
| _____ : | |

## **ORDER**

This matter is before the Court on *pro se* Plaintiff's Motion for New Trial; Altering Judgment (Doc. 124) and Plaintiff's Rule 60 Motion (Doc. 126) (together, the "Reconsider Motions"). In various motions filed after the Reconsider Motions,[1] Plaintiff notified the Court that on November 21, 2024, he was transferred from Hancock State Prison ("HSP") to Calhoun State Prison. He further states that as of December 16, 2024, he had not received Officer Dixon's response to his Reconsider Motions. The docket reflects that the response (Doc. 133) was filed on November 26, 2024, and was mailed by Officer Dixon's counsel to Plaintiff at HSP. Plaintiff's notice of change of address was filed on December 3, 2024. (*See* Doc. 134).

To complete the record as to the Reconsider Motions, on or before **Friday, January 17, 2025**, Officer Dixon's counsel shall reserve such response (Doc. 133) on Plaintiff at his current address as reflected in the record. Counsel shall file a certificate of service certifying the date the response was reserved. Plaintiff may file his reply no later than fourteen (14) days after Officer Dixon's response is reserved. Except upon filing of a written motion

---

[1] *See* Plaintiff's Motion for Injunction (Doc. 135), Motion for Subpoena and Sanctions (Doc. 137), and Plaintiff's (2nd) Rule 60 Motion (Doc. 138).

and entry of an order finding good cause, no further briefs shall be filed with respect to the Reconsider Motions.

**SO ORDERED**, this 10th day of January 2025.

                                        **/s/ W. Louis Sands**
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**