IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **SALEEM D. WILLIAMS,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CASE NO:** |
| v. : | **7:21-cv-150 WLS–ALS** |
| : | |
| **OFFICER DIXON,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

This matter is before the Court on *pro se* Plaintiff's Motion for Injunction (Doc. 135), Plaintiff's Motion for Subpoena and Sanctions (Doc. 137), and Plaintiff's (2nd) Rule 60 Motion (Doc. 138). By Order (Doc. 122) entered September 30, 2024, the Court accepted and adopted the Report and Recommendation (Doc. 118) of United States Magistrate Judge Thomas Q. Langstaff, and granted summary judgment as to all claims in favor of Defendant Officer Dixon. Plaintiff subsequently filed a Motion for New Trial; Altering Judgment (Doc. 124) and a Rule 60 Motion (Doc. 126) which were resolved by separate Order (Doc. 143) entered June 2, 2025. Thus, this is a decided and closed case.

A review of Plaintiff's Motion for Injunction (Doc. 135), Motion for Subpoena and Sanctions (Doc. 137), and Plaintiff's (2nd) Rule 60 Motion (Doc. 138) reflect that Plaintiff filed each such motion in an attempt to bring new matters and requests for relief which Plaintiff is not entitled to bring in this case. The Court finds, in view of the relief previously requested by Plaintiff, denied by this Court, and the closure of this case, that none of the matters raised in the Motions (Docs. 135, 137, 138) are properly before the Court.

Accordingly, Plaintiff's Motion for Injunction (Doc. 135), Plaintiff's Motion for Subpoena and Sanctions (Doc. 137), and Plaintiff's (2nd) Rule 60 Motion (Doc. 138) are **DENIED AS MOOT**.

**SO ORDERED**, this 2nd day of June 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**