## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| **SALEEM D. WILLIAMS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CASE NO:** |
| **v.** | : | **7:21-cv-150–WLS-ALS** |
| | : | |
| **OFFICER DIXON,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

### ORDER

Before the Court is a Motion for Stay or Injunction Pending Appeal (Doc. 152) ("Motion") which is captioned as if filed in the Eleventh Circuit Court of Appeals Case No. 25-12307, rather than captioned as a document filed in this Court. The Plaintiff filed a Notice of Appeal (Doc. 146) with respect to the Court's June 2, 2025 Orders (Docs. 143, 144). That appeal was titled *Williams v. Governor of Ga., et al.*, Case No. 25-12307 (11th Cir.). On August 5, 2025, the Eleventh Circuit dismissed Plaintiff's appeal Case No. 25-12307 for want of prosecution because Plaintiff failed to pay the filing and docketing fee or to file a motion in this Court for relief from the obligation to pay in advance the full fees. (*See* Doc. 150).[1]

Plaintiff appears to request the Eleventh Circuit stay his appeal pending this Court's ruling on a "Certificate of Immediate Review."[2] The Motion was filed in this Court on August 18, 2025, thirteen days after the dismissal of Plaintiff's appeal. To the extent Plaintiff's Motion is addressed to it, this Court has no authority to stay any matters pending before the Eleventh Circuit, particularly where it has dismissed the relevant appeal.

Accordingly, Plaintiff's Motion (Doc. 152) is **DENIED as MOOT**.

**SO ORDERED**, this 27th day of August 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Court notes that the Docket in Appellate Case No. 25-12307 reflects that Plaintiff paid the appellate fees on August 15, 2025. Nothing further appears on the appellate docket.

[2] An Order denying Plaintiff's request for a "Certificate of Immediate Review" pursuant to 28 U.S.C. § 1292 is being entered simultaneously with this Order.